**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
jacob.heric@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 645-2709*

August 19, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** ***Villa Londono v. Warden, et al.*, Civ. No. 26-10439 (CCC)**
**Confirmation of Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody in New Jersey at approximately 12:30 a.m. on August 18, 2026.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's office is directed to close this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/20/2026